

**Will Parsons**
47 Music Square East
Nashville, Tennessee 37203
(615) 329-4440 (Main)
(615) 329-4485 (Fax)
wparsons@shackelfordlaw.net

March 15, 2018

**BY HAND DELIVERY**

United States District Court for the
Middle District of Tennessee
Clerk of the Court, Civil Division
801 Broadway, Room 800
Nashville, TN 37203.

> Re: **Microsoft Corporation vs. Community Health Systems, Inc.**

Dear Sir or Madam:

On behalf of Microsoft Corporation ("Microsoft"), I enclose for filing the following documents in paper and electronic versions in PDF format:

1. Complaint
2. Exhibits to Complaint
3. Civil Cover Sheet
4. Summons
5. Motion for Leave to File Confidential Information Under Seal
6. Corporate Disclosure Statement

Please note that Microsoft has respectfully requested leave to file the Exhibits to its Complaint under seal and is filing those documents provisionally under seal herewith. Thus, the paper copies of the Exhibits are in an envelope marked "Documents to Be Filed Provisionally Under Seal." Similarly, the file name of the electronic PDF copies states "DOCUMENTS TO BE FILED PROVISIONALLY UNDER SEAL."

We appreciate your assistance in this matter. Please contact me with any questions.

Very Truly Yours,

/s Will Parsons

Will Parsons