```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

MICROSOFT CORPORATION,            )
                                  )
        Plaintiff                 )    No. 3:18-cv-0291
                                  )    Judge Trauger/Bryant
v.                                )
                                  )
COMMUNITY HEALTH SYSTEMS, INC.,   )
                                  )
        Defendants                )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on September 18, 2018. The parties met, negotiated in good faith, and reached agreement on a schedule for completing the independent audit referenced in the complaint. No agreement was reached regarding the remaining issues in the case.

It appears that nothing further remains to be done by the undersigned Magistrate Judge. The **Clerk** is directed to return the file to the District Judge.

It is so **ORDERED**.

/s/   John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge