UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICROSOFT CORPORATION )
    Plaintiff(s) )
 )
v. ) Civil Action No. 3:18-0291
 ) Judge Richardson /Frensley
 )
COMMUNITY HEALTH SYSTEMS, INC. )
    Defendant(s) )

**O R D E R**

By Order entered October 25, 2018 (Docket No. 36), this action was referred to the undersigned as the case manager. In addition to the procedures and deadlines set in the Initial Case Management Order (Docket No. 29), it is the practice of the undersigned to hold a status conference approximately one month prior to the close of discovery.

Therefore, a telephone conference is set for **April 2, 2019, at 11:00 a.m.** Counsel for the Plaintiff shall initiate the call, and then contact the Court at 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge