IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:18-cv-00291 |
| COMMUNITY HEALTH SYSTEMS, | ) ) | JUDGE RICHARDSON |
| Defendant. | ) ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal Without Prejudice. (Doc. No. 38). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Joint Stipulation sufficed to dismiss this action without any action on the part of the Court. Since this stipulation states that the dismissal is without prejudice, the dismissal is indeed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice effective as of the time of the filing of the Joint Stipulation, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE